

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00483-CR

**HAROLD ALEXANDER JACKSON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 87th District Court
Freestone County, Texas
Trial Court No. 11-067-CR**

### O R D E R

The reporter's record in this appeal was originally due on February 12, 2013. TEX. R. APP. P. 35.2(a). In a letter dated March 22, 2013, the Clerk of this Court notified the court reporter, Helen C. Wooten, that the reporter's record had not been filed. Wooten did not respond to this letter. Thus, the Clerk of this Court sent Wooten a second letter dated April 26, 2013, notifying Wooten that the reporter's record had not been filed and requesting a response within ten days. On April 29, 2013, Wooten responded by requesting a thirty-day extension to file the reporter's record in this case.

Thereafter, we ordered Wooten to file the reporter's record within thirty-five days of May 9, 2013. We also notified Wooten that a failure to file the reporter's record within thirty-five days of May 9, 2013 would result in the case being abated to the trial court for a hearing to determine a date certain when the reporter's record could be completed and filed.

Because Wooten did not file the reporter's record in this case within thirty-five days of May 9, 2013, on July 25, 2013, we abated and remanded this case to the trial court for a hearing to determine a date certain by when the reporter's record can be filed in a manner that does not further delay the prosecution of this appeal or have the practical effect of depriving appellant of his right of appeal. We ordered that the hearing take place within twenty-one days of July 25, 2013.

On August 19, 2013, we received the reporter's record in this case. Included with the record was a letter from the trial judge, the Honorable Deborah Oakes Evans of the 87th Judicial District Court of Freestone County, Texas. The letter stated that, with regard to our abatement order, a hearing was conducted on August 15, 2013, and that an official record of the hearing was made by Misty M. McAdams, Certified Court Reporter. The trial judge further noted that the record of the August 15, 2013 hearing would be filed within seven days. We have not yet received this record.

Moreover, with regard to the reporter's record that was filed on August 19, 2013, we note that it is incomplete and non-compliant with the rules governing the preparation of reporter's records. First, the record is missing State's exhibit 15, which the master index indicates is a DVD. Second, the reporter's record does not comply

with Section 6.4 of the Uniform Format Manual for Texas Court Reporters, which provides that exhibits must be contained in volumes separate from testimony.

As stated before, it is the joint responsibility of this Court and the trial court to ensure that the appellate record is timely filed. *Id.* at R. 35.3(c). Further, this Court may enter any order necessary to ensure the timely filing of the appellate record. *Id.* Accordingly, we order the trial court to conduct a hearing within twenty-one days of the date of this order to determine why State's exhibit 15 and the supplemental reporter's record from the August 15, 2013 hearing have not been filed. With regard to the formatting of the reporter's record, we inform the court reporters that all records filed in the future must comply with the provisions of the Uniform Format Manual for Texas Court Reporters, including Section 6.4. Because of the delay in this case, we will accept the previously-filed reporter's record as filed for this time only, even though the record is non-compliant with the Uniform Format Manual for Texas Court Reporters.

The court reporter is ordered to file a supplemental reporter's record with this Court containing the transcription of the hearing within seven days of the hearing. Further, the district clerk shall file a supplemental clerk's record with this Court containing the trial court's findings and order within seven days of the hearing.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed October 3, 2013
Do not publish